UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY PEEPLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CV-1368 JAR |
| ) | |
| KAREN MILES, ) | |
| ) | |
| Defendant, ) | |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, seeks leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Having reviewed plaintiff's financial information, the Court assesses a partial initial filing fee of $27.00, which is twenty percent of his average monthly deposit. *See* 28 U.S.C. § 1915(b).

Upon review of the complaint, the Court finds that it violates the E-Government Act of 2002 and Local Rule 5-2.17 because it includes the full name of a minor child. As a result, the Court will seal the document and return it to plaintiff so that he can redact all instances of the child's name and replace them with the child's initials. Plaintiff must do so within fourteen days of the date of this Order or the Court will dismiss this action under Rule 41(b) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff must pay an initial filing fee of $27.00 within fourteen (14) days of the date of this Order. Plaintiff is instructed to make his remittance

payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.[1]

**IT IS FURTHER ORDERED** that the Clerk is directed to place the complaint under seal and to return it to plaintiff.

**IT IS FURTHER ORDERED** that plaintiff must redact all instances of the child's name and replace them with the child's initials, and he must return the redacted complaint to the Court within fourteen (14) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 7th day of July, 2017.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

---

[1] Prisoners must pay the full amount of the $350 filing fee. After payment of the initial partial filing fee, the prisoner is required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner will deduct the payments and forward them to the Court each time the amount in the account exceeds $10. 28 U.S.C. § 1915(b)(2).